# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA BERARDINUCCI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 18-4193** |
| **TEMPLE UNIVERSITY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __16th___ day of July, 2020, upon consideration of Defendants' Motion for Summary Judgment ("Motion") (ECF No. 21), Plaintiff's Response in Opposition (ECF No. 22), and Defendants' Reply (Doc. 23), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED**.[1]

                                       **BY THE COURT:**

                                       **/s/ Petrese B. Tucker**
                                       _____
                                       **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated July 16, 2020.